UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF ADRIAN CRUZ,

                Plaintiff,

- against -

ST. VINCENT DE PAUL RESIDENCE, ET AL.,

                Defendants.

22-cv-10515 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court of Appeals for the Second Circuit now has issued opinions in the three cases in deference to which this Court stayed this action. See Solomon v. St. Joseph Hosp., 62 F.4th 54 (2d Cir. 2023); Leroy v. Hume, No. 21-2158, 21-2159 (cons.), 2023 WL 2928353 (2d Cir. Apr. 13, 2023); Rivera-Zayas v. Our Lady of Consolation Geriatric Care Ctr., No. 21-2729, 2023 WL 2926286 (2d Cir. Apr. 13, 2023). See also Dkt. 9 in ECF No. 22-cv-10515.

    By **June 5, 2023**, the parties in this action should jointly submit a two-page letter advising the Court of their intended next steps in light of Solomon, Leroy, and Rivera-Zayas.

SO ORDERED.

Dated:    New York, New York
             June 1, 2023

                                            John G. Koeltl
                                     United States District Judge