UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| The Estate of ADRIAN CRUZ, by her Proposed Administrator, BERTA ALVAREZ, | Docket No.: 1:22-cv-10515 |
| Plaintiff(s), | **STIPULATION** |
| -against- | |
| ST. VINCENT DE PAUL RESIDENCE and SAINT VINCENT DE PAUL NURSING HOME, | |
| Defendant(s). | |

------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for all parties, that this action be remanded to the Supreme Court of the State of New York, County of Bronx, for all further proceedings, without costs or fees to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that nothing in this Stipulation affects any defense of immunity or defensive preemption under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e.

Dated: June 2, 2023

| | |
|---|---|
| NAPOLI SHKOLNIK, PLLC | VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP |
| /s/ Joseph Ciaccio | /s/ Megan A. Lawless |
| By: Joseph Ciaccio | By: Megan A. Lawless, Esq. |
| JCiaccio@Napolilaw.com | m.lawless@vbpnplaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 400 Broadhollow Road, Suite 305 | 300 Garden City Plaza, Suite 100 |
| Melville, New York 11747 | Garden City, New York 11530 |
| (212) 397-1000 | (516) 282-3355 |